## *Ex parte* Turner *et al.*

CHARLES L. BROMBERG and MASSEY WILSON, for petitioners.

No counsel marked as appearing for respondent.

The petition in this case was addressed to the judges of the Supreme Court, and asked for a rule *nisi* to be directed to the chancellor of the Southwestern Chancery Division, commanding him to show cause why a peremptory writ of *mandamus* should not issue commanding him to make an order requiring the complainant in a cause pending in the chancery court of Mobile county, to furnish security for costs of said cause, as was prayed for in a motion made in said chancery court by the petitioners.

The application for the rule *nisi* was denied.

Opinion PER CURIAM.

## Havis *v.* The State.

APPEAL from the Criminal Court of Jefferson County. Tried before the Hon. SAMUEL E. GREENE.

FRANK S. WHITE & SONS, ROBERT N. BELL, HUGH MORROW and A. LEO OBENDORFER, for appellant.

MASSEY WILSON, Attorney-General, and S. D. WEAKLEY, for the State.

The appellant in this case was indicted and tried for murder, was convicted of murder in the second degree, and sentenced to the penitentiary for twelve and one-half years.

The judgment of conviction is affirmed.